KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>HONG VAN PHAN and )<br>KHANH DIEU HOANG, )<br>)<br>Defendants. )<br>) | Criminal No. CR 05-00209 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

      The above-captioned matter came before the Court on July 5, 2005, for trial setting. The defendants were represented by the respective undersigned counsel, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for pretrial conference on September 26, 2005 and trial on October 3, 2005.

      The Court made a finding on the record that the time from and including July 5 through September 26, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00209 WHA**

and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until September 26, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:    July 7, 2005                         /s/
                                               RICHARD SIDEMAN
                                               Counsel for Hong Van Phan


DATED:    July 7, 2005                         /s/
                                               KAREN HAWKINS
                                               Counsel for Khanh Dieu Hoang


DATED:    July 7, 2005                         /s/
                                               JEFFREY FINIGAN
                                               Assistant U.S. Attorney

So ordered.

DATED:    September 8, 2005
                                               WILLIAM H. ALSUP
                                               UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00209 WHA**                    2