KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 05-00209 WHA |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| HONG VAN PHAN and ) | |
| KHANH DIEU HOANG, ) | |
| Defendants. ) | |

The above-captioned matter came before the Court on May 10, 2005, for initial appearance in district court.  The defendants were represented by the respective undersigned counsel, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for July 5, 2005, at 2:00 p.m. for identification of motions and setting of motions/trial schedule.

The Court made a finding on the record that the time from and including May 10 through July 5, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00209 WHA**

because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until July 5, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:   May 17, 2005

/s/
RICHARD SIDEMAN
Counsel for Hong Van Phan

DATED:   May 11, 2005

/s/
KAREN HAWKINS
Counsel for Khanh Dieu Hoang

DATED:   May 10, 2005

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: September 8, 2005

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00209 WHA**                2